UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2012 JAN 11  PM 2: 14

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 2:12-cr- |
| ) | |
| MATTHEW J. MICHAEL, ) | |
| ) | **2 : 12 -cr- 0 0 0 1 WTL -CMM** |
| Defendant. ) | |

### INDICTMENT

### COUNT 1

*[18 U.S.C. § 875]*
*[Transmitting Threats in Interstate Commerce]*

The Grand Jury charges that:

On or about the 25th day of August, 2011 in Owen and Marion Counties, within the Southern District of Indiana and elsewhere, the defendant MATTHEW J. MICHAEL, knowingly did, transmit in interstate and foreign commerce from the State of Indiana to the State of California and elsewhere, an electronic communication to another, specifically Facebook postings to friends, and the communication contained a threat to kidnap and injure DEA agents and personnel, as follows:

> These guys will get whats coming to them…My master assures me that the DEA will be exterminated and humiliated before the end is over…WE R COMING FOR YOUR PIG ASS..

> The only thing the DEA knows how to do is lie and deceive...Its time we answered their crimes with bloodshed and torture.

All of which is in violation of Title 18, United States Code, Section 875(c).

## COUNT 2

*[18 U.S.C. § 875]*
*[Transmitting Threats in Interstate Commerce]*

The Grand Jury further charges that:

On or about the 25th day of August, 2011 in Owen and Marion Counties, within the Southern District of Indiana and elsewhere, the defendant MATTHEW J. MICHAEL, knowingly did, transmit in interstate and foreign commerce from the State of Indiana to the State of California and elsewhere, an electronic communication to another, specifically Facebook postings to friends, and the communication contained a threat to kidnap and injure law enforcement officers, as follows:

> War is near..anarchy and justice will be sought...I'll kill whoever I deem to be in the way of harmony to the human race...Policeman all deserve to be tortured to death and videos made n sent to their families...BE WARNED IF U PULL ME OVER!! IM LIKE JASON VOORHEES WITH A BLOODLUST FOR PIG BLOOD.

All of which is in violation of Title 18, United States Code, Section 875(c).

## COUNT 3

*[18 U.S.C. § 875]*
*[Transmitting Threats in Interstate Commerce]*

The Grand Jury further charges that:

On or about the 25th day of August, 2011 in Owen and Marion Counties, within the Southern District of Indiana and elsewhere, the defendant MATTHEW J. MICHAEL, knowingly did, transmit in interstate and foreign commerce from the State of Indiana to the State of California and elsewhere, an electronic communication to another, specifically Facebook postings to friends and creation of an "event," and the communication contained a threat to kidnap and injure government personnel, as follows:

> "attack on govt protected agencies" on Friday, November 11, 2011 at 11:00am, "statewide possible nation."

All of which is in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

FOREPERSON

JOSEPH H. HOGSETT
United States Attorney

by: *[signature]*
Sharon M. Jackson
Assistant United States Attorney