UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:12-cr-0001-WTL-CMM |
| | ) | |
| MATTHEW J. MICHAEL, | ) | |
| Defendant. | ) | |

**COURTROOM MINUTES FOR JANUARY 17, 2012**

**BEFORE THE HONORABLE CRAIG M. MCKEE, MAGISTRATE JUDGE**

This matter is before the Court on an Indictment filed January 11, 2012.

The government appears by AUSA Sharon Jackson. The defendant appears in person and with Juval Scott, CJA counsel.

The defendant waives the reading of the Indictment in open court and waives formal arraignment. The defendant is advised of his rights, charges and possible penalties.

Disclosures must be completed by January 31, 2012.

The defendant is released under the same conditions set forth in the Conditions of Release in the prior Order entered on December 14, 2011.

Pursuant to Judge William T. Lawrence's Order of January 12, 2012, this matter is set for a jury trial on March 12, 2012, at 9:00 a.m. in Room 131.


Copies: Sharon Jackson
       Juval Scott
        U.S. Marshal
        U.S. Probation